**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Pedro LABRA–VALLADARES,**
**Defendant–Appellant.**

No. 04–30211.

United States Court of Appeals,
Ninth Circuit.

Feb. 9, 2007.

Katherine Jill Bolton, Esq., USYA—Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

K. Elizabeth Dahlstrom, Esq., FDWAID—Federal Defenders of Eastern

---

** The Honorable Richard H. Mills, Senior United States District Judge, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Washington & Idaho, Yakima, WA, for Defendant–Appellant.

Before: LEAVY, McKEOWN, and BERZON, Circuit Judges.

MEMORANDUM *

On December 3, 2004, we affirmed the district court's judgment in this appeal. The Supreme Court vacated and remanded our disposition for consideration in light of its subsequent decision in *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). *See Ramos–Birrueta v. United States,* 543 U.S. 1183, 125 S.Ct. 1427, 161 L.Ed.2d 185 (2005) (table).

We affirmed in our prior disposition the enhancement of appellant's sentence based on a conviction that was neither pled nor proved to a jury, relying on *United States v. Quintana–Quintana,* 383 F.3d 1052 (9th Cir.2004), *cert. denied,* 543 U.S. 1130, 125 S.Ct. 1100, 160 L.Ed.2d 1085 (2005) (holding that *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004) did not overrule *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998)), *United States v. Arellano–Rivera,* 244 F.3d 1119, 1127 (9th Cir.2001) (holding that *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), did not overrule *Almendarez–Torres).*

We have recently reaffirmed this line of cases in light of the Supreme Court's subsequent decision in *Booker. See United States v. Brown,* 417 F.3d 1077, 1078–79

(9th Cir.2005). Consequently, the judgment of the district court is again

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.